```
                                                    FILED

                                              11 FEB 23 PM 3:55

                                          CLERK, U.S. DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. '11CR0680  DMS |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; |
| VANESSA MORENO (1), ) STEPHANIE MARGERY SULUB (2), ) | Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| Defendants. ) | |

The grand jury charges:

On or about February 6, 2011, within the Southern District of California, defendants VANESSA MORENO and STEPHANIE MARGERY SULUB did knowingly and intentionally import approximately 42.34 kilograms (93.15 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

DATED: February 23, 2011.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
JUAN C. CASTANEDA
Assistant U.S. Attorney

JCC:nmc:San Diego
2/17/11